E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 1-06-70246 NJV |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER FOR EXAMINATION OF MICHAEL RUSSELL UNDER 18 U.S.C. §4241 |
| MICHAEL REX RUSSELL, | ) |
| Defendant. | ) |

**ORDER**

THIS ORDER HEREBY CONFIRMS that on May 2, 2006, the Court ordered Michael Russell to be examined under Title 18 United States Code §4241.

DATED: 8-8-06

HON. JAMES LARSON
United States Magistrate Judge

ORDER FOR EXAMINATION
CR 1-06-70246 NJV