1
2
3
4
5
6
7      IN THE UNITED STATES DISTRICT COURT
8      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  UNITED STATES OF AMERICA,              )     CR 06-7046 NJV
                                           )     ~~No. 1-07-70~~246 NJV
11                 Plaintiff,              )
                                           )     ~~(PROPOSED)~~
12  vs.                                    )     ORDER MODIFYING RELEASE
                                           )     CONDITIONS OF DEFENDANT
13  MICHAEL REX RUSSELL,                   )
                                           )
14                 Defendant.              )
    _____)

15       On July 27, 2006, the Court ordered the release of Michael Rex Russell, the defendant herein,

16  subject to certain conditions.  That order of release is hereby modified, as follows:

17       The defendant is permitted to leave the Cornell Corrections facility, for recreational purposes,

18  for at least one hour per day, as directed by Pretrial Services.

19

20       IT IS SO ORDERED.

21

DATED:      8/31/06

22                                         _____
                                           JAMES LARSON
23                                         CHIEF UNITED STATES MAGISTRATE JUDGE

24

25

26

ORDER RELEASING DEFENDANT
*U.S. V. McCarthy* 3 05-70391 MEJ          **- 1 -**