1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue; Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6488
7     FAX: (415) 436-7234
      derek.owens@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,         )   No. 1-06-70246
                                     )
15         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING DETENTION
16   v.                              )   HEARING AND WAIVING TIME
                                     )
17 MICHAEL RUSSELL                   )
      a/k/a Rex Russell              )
18                                   )   SAN FRANCISCO VENUE
           Defendant.                )
19 _____ )

20      On September 8, 2006, the parties in this case appeared before the Court for a

21 hearing where the Court made the ruling on Mr. Russell's competency to stand trial. On

22 September 8, 2006, the parties stipulated that the next hearing would be September 28,

23 2006, and that time should be excluded from the Speedy Trial Act calculations from

24 September 8, 2006, through September 28, 2006, for the effective preparation of defense

25 counsel and government counsel in attempting to reach a resolution in the matter, taking

26 into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

27      The parties also stipulated on September 8, 2006, that pursuant to Federal Rule of

28 Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and

Stipulation and [Proposed] Order
1-06-70246

1 | waived from September 8, 2006, through September 28, 2006.  The parties agree that –
2 | taking into account the public interest in prompt disposition of criminal cases – good
3 | cause exists for this extension.
4 | **IT IS SO STIPULATED**.
5 | Respectfully submitted,
6 | KEVIN V. RYAN
  | United States Attorney
8 | DATED:  09/19/06           /s/ Derek R. Owens
  |                            DEREK R. OWENS
9 |                            Special Assistant U.S. Attorney

11 | DATED:  09/20/06           /s/ Ron Tyler
   |                            RON TYLER
12 |                            Attorney for Defendant Russell

14 | As the Court found on September 8, 2006, and for the reasons stated above, the Court
15 | finds that an exclusion of time from September 8, 2006, to and including September 28,
16 | 2006, is warranted and that the ends of justice served by the continuance outweigh the
17 | best interests of the public and the defendant in a speedy trial.  The failure to grant the
18 | requested continuance would deny defense and government counsel the reasonable time
19 | necessary for effective preparation, taking into account the exercise of due diligence, and
20 | would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).  The Court
21 | also finds that good cause exists pursuant to Federal Rule of Criminal Procedure (FRCP)
22 | 5.1(d) to waive and toll the time limits set forth in FRCP 5.1(c) from September 8, 2006,
23 | to and including September 28, 2006.

**IT IS SO ORDERED.**

DATED: September 22, 2006

IT IS SO ORDERED
Judge James Larson

Stipulation and [Proposed] Order
1-06-70246